# UNITED STATES DISTRICT COURT

**FILED**

**EASTERN** DISTRICT OF **CALIFORNIA**

APR 30 2010

2010 APR 29 PM 4:13

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

---oOo---

UNITED STATES OF AMERICA

v.

DAVID ROBERT THOMAS, JR.

**CRIMINAL COMPLAINT**

CASE NUMBER:

**2:10 - MJ - 0124 GGH**

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. No later than on or about **April 29, 2010** in **Sacramento** County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

▸ **having been convicted of third degree sodomy in violation of Kentucky Rev'd Statute 510.090, and thus being a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and did knowingly failed to register and update a registration under the Sex Offender Registration Act,**

in violation of Title **18**, United States Code, Section(s) **2250**. I further state that I am a(n) DUSM, US Marshals Service and that this complaint is based on the following facts:

▸ **See Attachment**

Continued on the attached sheet and made a part of this complaint: **x**

_____
Signature of Complainant   DUSM KEVIN BIERNAT
US Marshals Service

Sworn to before me, and signed in my presence

April 29, 2010          at    Sacramento, CA
Date                          City           State

_____      _____
GREGORY G. HOLLOWS           GREGORY G. HOLLOWS
Name of Judge / Title of Judge    Signature of Judge

## AFFIDAVIT

I, Kevin Biernat, being duly sworn, do hereby declare and state the following:

1. I am a Deputy U.S. Marshal assigned to the Eastern District of California, and have been so employed since June 1994. During this time, I have been assigned to fugitive investigations and have conducted several investigations of sexual offenders. As a Deputy U.S. Marshal, I am authorized under 28 U.S.C. Section 564 to enforce the laws of the United States, including violations of the Sex Offender Registration and Notification Act ("SORNA"), a federal failure to register offense, pursuant to 18 U.S.C. Section 2250.

2. I am the case agent for an investigation of David Jason Robert Thomas, a convicted sex offender. Thomas failed to maintain his sex offender registration in Kentucky and his failed within three days to update his registration upon entering California, his new place of residence. I base this affidavit upon my training, experience, personal knowledge, review of pertinent documents, discussions with other law enforcement officers, and involvement in the discussions and events more particularly described below.

3. This affidavit is made in support of an application for a criminal complaint charging David Robert Jason Thomas with violation of 18 U.S.C. § 2250.

4. According to a copy of a judgment from Kentucky Circuit Court, On October 17, 2007, David Jason Robert Thomas was convicted of Third Degree Sodomy, a felony under Kentucky statute 510.090 (an offense for which registration is required), and Unlawful Transaction with a Minor, a misdemeanor, under Kentucky statue 530.070.

5. According to documents received from Kentucky authorities, on May 05, 2008, David Jason Robert Thomas completed the notification of requirement to register form which is a Kentucky Department of Corrections form. The notification form instructs Thomas of his duty to register.

6. I have been advised by Sacramento Sheriff's Detective John Foster that under California Law, an individual required to register for a sex offense in a state outside of California is required to register in California under California Penal Code Section 290.005. Persons required to register must do so within 5 business days of residency within a jurisdiction.

7. Under the Federal Sex Offender Registration and Notification Act (SORNA), a person who must register as a sex offender in one state and begins residency in another state must register within three business days. 42 U.S.C. § 16913(c).

8. On April 14, 2010, Sacramento Sheriff's Department Detective John Foster learned that Thomas was present in Sacramento and ran Thomas through Kentucky databases and California databases for sex offenders. Thomas was registered in Kentucky but not in California. Det. Foster interviewed Thomas and Thomas initially denied his identity. Also on April 14, 2010, a woman who identified herself as Thomas's girlfriend stated that she and Thomas had been in California for approximately three weeks. She stated that she and Thomas met in Arizona and traveled together to California.

9. According to law enforcement officers with whom I am working, Thomas was released from Sacramento County Jail this week.

10. Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that in the Eastern District of California, David Robert Jason Thomas, being a person required to register under the Sex Offender Registration and Notification Act (SORNA),

//

//

//

2

did knowingly fail to register or update a registration as required by SORNA and did travel in interstate commerce, in violation of 18 U.S.C. § 2250.

_____
KEVIN BIERNAT
Deputy U.S. Marshal

Approved as to form,

_____
Matthew D. Segal, AUSA

Sworn before me and subscribed in my presence this 29th day of April, 2010, at Sacramento, California.

_____
GREGORY G. HOLLOWS

HON. GREGORY G. HOLLOWS
United States Magistrate
Eastern District of California

3