UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 7, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. 2:10CR00267 LKK
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
DAVID ROBERT THOMAS, JR., )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAVID ROBERT THOMAS, JR., , Case No. 2:10CR00267 , Charge  18:3606 - Probation Violation , from custody for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)  Time Served

Issued at  Sacramento, CA  on  September 7, 2011  at  10:00 am .

By /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal